AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Shannon High and Kelly High
*Plaintiffs*
v.
The Estate of William Gary Dellinger
*Defendant*

Civil Action No.    0:20-02043-JMC

Progressive Direct Insurance Company
*UIM Carrier*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the defendant, <u>The Estate of William Gary Dellinger</u> recover from the plaintiffs, <u>Shannon High and Kelly High</u> the amount of <u>Twenty Five Thousand and 00/100</u> dollars ($<u>25,000.00</u>), which includes all costs, interest, fees, including attorney's fees, and expenses. plus postjudgment interest at the rate of <u>0.07</u> %.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding. The issues having been reviewed and a decision rendered on an offer of judgment.

Date:    April 1, 2021

*CLERK OF COURT*

S/Angie Snipes

*Signature of Clerk or Deputy Clerk*